**ORIGINAL**

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 16 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alec Mitchell, et al <br><br> PLAINTIFF(S) <br> v. <br><br> County of Los Angeles, et al <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV-03-8421-RJK <br><br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable __Robert J. Kelleher__ District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

__Alec Mitchell, et al__

recover of the defendant(s):

__County of LA__

the sum of __refer to verdict of 11-15-05__, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: __11-15-05__         By __[signature]__
                              Deputy Clerk

At: __Los Angeles__

**THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)**

cc: *Counsel of record*

CV-49 (05/98)         JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)

(106)